

Joel B. Strauss
Kaplan Fox & Kilsheimer LLP
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212.687.1980
Email: jstrauss@kaplanfox.com
www.kaplanfox.com

July 10, 2026

**VIA ECF**

The Honorable Brian R. Martinotti
United States District Judge
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

> Re:  *Robert Sumrell v. Jaguar Land Rover North America, LLC*
> Case No. 2:26-cv-08452-BRM-AME
> Docket Correction

Dear Judge Martinotti:

Pursuant to direction from the Clerk's office, if it pleases the Court, I am writing to request that Docket Entry No. 2, *Diversity Disclosure Statement* (filed yesterday) be removed from the case record as it was incorrectly filed.  The corrected version of the *Diversity Disclosure Statement* has been refiled on the record at Docket No. 3.

Respectfully,

/s/ *Joel B. Strauss*
Joel B. Strauss

*Counsel for Plaintiff Robert Sumrell and the Proposed Class*

JBS:sp