**KAPLAN FOX**

Joel B. Strauss
Kaplan Fox & Kilsheimer LLP
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212.687.1980
Email: jstrauss@kaplanfox.com
www.kaplanfox.com

July 10, 2026

**<u>VIA ECF</u>**

The Honorable Brian R. Martinotti
United States District Judge
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

      Re:   *Robert Sumrell v. Jaguar Land Rover North America, LLC*
                Case No. 2:26-cv-08452-BRM-AME
                Docket Correction

Dear Judge Martinotti:

      Pursuant to direction from the Clerk's office, if it pleases the Court, I am writing to request that Docket Entry No. 2, *Diversity Disclosure Statement* (filed yesterday) be removed from the case record as it was incorrectly filed.  The corrected version of the *Diversity Disclosure Statement* has been refiled on the record at Docket No. 3.

                        Respectfully,

                        /s/ *Joel B. Strauss*
                        Joel B. Strauss

                        *Counsel for Plaintiff Robert Sumrell and the Proposed Class*

JBS:sp

        **SO ORDERED.**

        Date: 7/13/26

        ***/s/Brian R. Martinotti, USDJ***