AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey ▾

| | | |
|---|---|---|
| Robert Sumrell | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:26-cv-08452-BRM-AME |
| Jaguar Land Rover North America, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jaguar Land Rover North America, LLC                                                    .

Date:    August 3, 2026

*Attorney's signature*

Allison M. Wuertz (N.J. Bar No. 041862011)
*Printed name and bar number*
Hogan Lovells Cadwalader US LLP
200 Liberty Street
New York, NY 10281

*Address*

allison.wuertz@hlc.com
*E-mail address*

(212) 918-3067
*Telephone number*

(212) 918-3100
*FAX number*