**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROBERT SUMRELL, individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br><br><br> JAGUAR LAND ROVER NORTH AMERICA, LLC, <br><br> Defendant. | Case No. 2:26-cv-08452-BRM-AME |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR**
**JAGUAR LAND ROVER NORTH AMERICA, LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Jaguar Land Rover North America, LLC ("JLRNA") states that it is a limited liability company organized under the laws of Delaware and having its principal place of business in New Jersey.  JLRNA is a subsidiary of Jaguar Land Rover Limited, which is a subsidiary of Jaguar Land Rover Holdings Limited, which is a subsidiary of Jaguar Land Rover Automotive PLC, which is a subsidiary of TML Holdings Pte. Ltd., which is a subsidiary of Tata Motors Ltd., which is a publicly held corporation.  No publicly held corporation other than Tata Motors Ltd. owns 10% or more of JLRNA.

1

Dated:  August 3, 2026

Respectfully submitted,

Michael L. Kidney (*pro hac vice* forthcoming)
Trent Sterneck (*pro hac vice* forthcoming)
HOGAN LOVELLS CADWALADER US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5883
Facsimile:  (202) 637-5910
michael.kidney@hlc.com
trent.sterneck@hlc.com


By:  */s/ Allison M. Wuertz*
Allison M. Wuertz
HOGAN LOVELLS CADWALADER US LLP
200 Liberty Street
New York, NY 10281
Telephone: (212) 918-3067
Facsimile:  (212) 918-3100
allison.wuertz@hlc.com

*Attorneys for Defendant*
Jaguar Land Rover North America, LLC

2

## <u>CERTIFICATE OF SERVICE</u>

I, Allison M. Wuertz, hereby certify that on August 3, 2026, I caused a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement to be served on all counsel of record via the Court's electronic filing system.

*/s/Allison M. Wuertz*
Allison M. Wuertz
