# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  | : |  |
| --- | --- | --- |
| ROBERT SUMRELL, individually and on Behalf of All Others Similarly Situated, | : | |
| | : | |
| | : | Case No. 2:26-cv-08452-BRM-AME |
| Plaintiff, | : | |
| | : | ***Document electronically filed*** |
| v. | : | |
| | : | **STIPULATION AND CONSENT** |
| | : | **ORDER STAYING DEFENDANT'S** |
| | : | **DEADLINE TO RESPOND TO** |
| | : | **PLAINTIFF'S COMPLAINT AND** |
| JAGUAR LAND ROVER NORTH | : | **REQUIRING STATUS LETTER** |
| AMERICA, LLC, | : | **RELATED TO RECALL REMEDY** |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

WHEREAS, on July 9, 2026, Plaintiff Robert Sumrell ("Plaintiff") filed his Complaint (ECF No. 1) in this action;

WHEREAS, Plaintiff alleges that the automotive defect at issue in this putative class action is the subject of an ongoing recall in the United States in which Jaguar Land Rover North America, LLC ("JLRNA") has forecasted a forthcoming but yet unknown proposed recall remedy, *see* Compl. ¶¶ 13, 58, 67, 68;

WHEREAS, Plaintiff's case is related to another pending matter pending before this Court, Civil Action No. 2:26-cv-03438-BRM-AME;

WHEREAS, the deadline for JLRNA to respond to the Complaint (ECF No. 1) currently is August 4, 2026;

WHEREAS, Defendant contends that the nature of the forthcoming recall remedy will influence the scope of the parties' dispute;

WHEREAS, JLRNA expects to be able to provide Plaintiff and this Court, on or before September 30, 2026, information about both the nature of the proposed recall remedy and the timing of its availability;

WHEREAS, Plaintiff has proposed filing a consolidated complaint with the related matter pending before this Court and has conferred with JLRNA and Plaintiff's counsel in that matter and discussions regarding whether a superseding consolidated complaint will be filed in the related matters are ongoing;

WHEREAS, to the extent the current Complaint (ECF No. 1) remains Plaintiff's operative pleading, JLRNA anticipates filing, subject to this Court's pre-motion procedures, a motion to dismiss the Complaint (ECF No. 1) in its entirety;

WHEREAS, Plaintiff and JLRNA, through their respective counsel, have conferred and agree that staying JLRNA's deadline to respond to the Complaint (ECF No. 1) pending further information about JLRNA's proposed recall remedy and potential consolidation or coordination with the related case would avoid unnecessary motion practice and would promote the principles of efficiency and judicial economy enshrined in Federal Rule of Civil Procedure 1; and

WHEREAS, this stipulation is consistent with an unopposed request for nearly identical relief in related litigation pending before this Court in Civil Action No. 2:26-cv-03438-BRM-AME;

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned counsel for Plaintiff and JLRNA that, subject to the Court's approval, and due to potential effects on this litigation of a forthcoming recall remedy concerning the alleged defect at issue in this putative class action,

2

(1) JLRNA's deadline to respond to the Complaint (ECF No. 1) shall be stayed, and

(2) JLRNA shall file on or before <u>September 30, 2026</u>, a letter providing a status update including:

> (i) available information regarding the nature of the anticipated recall remedy;
>
> (ii) the anticipated timing of the remedy's availability to U.S. vehicle owners;
>
> (iii) confirmation that the parties have met and conferred about the anticipated recall remedy's effect, if any, on this litigation; and
>
> (iv) provide a proposed deadline for the filing of Plaintiff's amended or consolidated complaint and/or a proposed briefing schedule for the parties' pre-motion letters regarding JLRNA's anticipated motion to dismiss the Complaint (ECF No. 1) or any superseding complaint.

Dated:  August 3, 2026


By:  */s/Joel B. Strauss*

Joel B. Strauss
KAPLAN FOX & KILSHEIMER LLP
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile:  212-687-7714
jstrauss@kaplanfox.com

William J. Pinilis
KAPLAN FOX & KILSHEIMER LLP
160 Morris Street
Morristown, NJ 07960
Telephone: 973-656-0222
Facsimile:  973-401-1114
wpinilis@kaplanfox.com

Laurence D. King (*pro hac vice* forthcoming)
Matthew B. George (*pro hac vice* forthcoming)
Clarissa R. Olivares (*pro hac vice* forthcoming)
Walter B. Howe (*pro hac vice* forthcoming)
KAPLAN FOX & KILSHEIMER LLP
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile:  415-772-4707
lking@kaplanfox.com
mgeorge@kaplanfox.com
colivares@kaplanfox.com
whowe@kaplanfox.com

*Attorneys for Plaintiff*
Robert Sumrell

By:  */s/Allison M. Wuertz*

Allison M. Wuertz
HOGAN LOVELLS CADWALADER US LLP
200 Liberty Street
New York, NY 10281
Telephone: (212) 918-3067
Facsimile:  (212) 918-3100
allison.wuertz@hlc.com

Michael L. Kidney (*pro hac vice* forthcoming)
Trent Sterneck (*pro hac vice* forthcoming)
HOGAN LOVELLS CADWALADER US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5883
Facsimile:  (202) 637-5910
michael.kidney@hlc.com
trent.sterneck@hlc.com

*Attorneys for Defendant*
Jaguar Land Rover North America, LLC


**SO ORDERED:**


*Brian R. Martinotti*

The Honorable Brian R. Martinotti
United States District Judge

Dated:   August 4, 2026

4

## CERTIFICATE OF SERVICE

I, Allison M. Wuertz, hereby certify that on August 3, 2026, I caused a true and correct copy of the foregoing Stipulation and Consent Order to be served on all counsel of record via the Court's electronic filing system.

/s/Allison M. Wuertz
Allison M. Wuertz

5