**KAPLAN FOX**

Joel B. Strauss
Kaplan Fox & Kilsheimer LLP
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212.687.1980
Email: jstrauss@kaplanfox.com
www.kaplanfox.com

August 13, 2026

**VIA CM/ECF**

The Honorable Andre M. Espinosa
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

      **Re:**    *Robert Sumrell v. Jaguar Land Rover North America, LLC*
              **Case No. 2:26-cv-08452-BRM-AME (D.N.J.)**

Dear Judge Espinosa:

I, along with other attorneys from Kaplan Fox & Kilsheimer LLP, represent Plaintiff Robert Sumrell in the above referenced action.  I am writing regarding the *pro hac vice* admissions of attorneys Laurence D. King, Matthew B. George, Clarissa R. Olivares, and Walter B. Howe.

Pursuant to Your Honor's instructions, I am submitting this letter in lieu of a formal motion seeking leave for attorneys Laurence D. King, Matthew B. George, Walter B. Howe, and Clarissa R. Olivares of Kaplan Fox & Kilsheimer LLP to appear *pro hac vice* on behalf of Plaintiff Robert Sumrell.  Counsel for Defendant Jaguar Land Rover North America, LLC have indicated that Defendant has no objection to the *pro hac vice* admissions of Messers. King, George, Howe, and Ms. Olivares.

Pursuant to Local Rule 101.1 (c) and Your Honor's preferences, I am attaching as exhibits copies of my certification in support of the *pro hac vice* admissions of Messers. King, George, Howe, and Ms. Olivares, as well as their individual certifications.  Finally, I am also attaching a proposed form of order granting the requested *pro hac vice* admissions.  We respectfully request that Your Honor enter the proposed order.

                Respectfully,

                /s/ *Joel B. Strauss*
                Joel B. Strauss

                *Counsel for Plaintiff Robert Sumrell and the*
                *Proposed Class*

JBS:hc
Enclosures