**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
Email: *jstrauss@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Telephone: 973-656-0222
Facsimile: 973-401-1114
Email: *wpinilis@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (*pro hac vice* forthcoming)
Matthew B. George (*pro hac vice* forthcoming)
Clarissa R. Olivares (*pro hac vice* forthcoming)
Walter B. Howe (*pro hac vice* forthcoming)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: *lking@kaplanfox.com*
       *mgeorge@kaplanfox.com*
       *colivares@kaplanfox.com*
       *whowe@kaplanfox.com*

*Attorneys for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT SUMRELL, individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>       v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>       Defendant. | Case No. 2:26-cv-8452-BRM-AME<br><br>**CERTFICATION OF JOEL B. STRAUSS IN SUPPORT OF THE ADMISSIONS OF LAURENCE D. KING, MATTHEW B. GEORGE, CLARISSA R. OLIVARES, AND WALTER B. HOWE TO PRACTICE *PRO HAC VICE*** |

1

I, JOEL B. STRAUSS, hereby certify as follows:

1.       I am a partner at Kaplan Fox & Kilsheimer LLP, 800 Third Ave., 38th Fl., New York, New York 10022, counsel for Plaintiff Robert Sumrell ("Plaintiff") in the above-referenced matter.

2.       I am a member in good standing of the bar of the State of New Jersey, as well as the United States District Court for the District of New Jersey.

3.       I respectfully submit this Certification in support of Plaintiff's motion for an Order admitting Laurence D. King, Matthew B. George, Clarissa R. Olivares, and Walter B. Howe of the law firm Kaplan Fox & Kilsheimer LLP to appear before this Court *pro hac vice* for the purpose of acting as counsel to Plaintiff in this action.

4.       I have read the Certifications of Messers. King, George, Howe, and Ms. Olivares submitted herewith in support of this motion and to the best of my knowledge, information, and belief, the Certifications are accurate.

5.       Upon admission *pro hac vice*, Messers. King, George, Howe and Ms. Olivares will comply with Local Civil Rule 101.1.  I will be responsible for their ethical conduct throughout the course of this matter.

6.       Upon admission *pro hac vice* of Messers. King, George, Howe and Ms. Olivares, I, or another attorney associated with the Kaplan Fox firm who is admitted to practice law in this District, will continue to participate and serve as counsel of record in this matter, to receive all notices, orders, and pleadings, to file all papers, to enter appearances for parties, to sign stipulations, and to sign and receive payments on judgments, decrees, or orders, and will otherwise comply with the requirement of Local Civil Rule 101.1.

7.       As required by Local Civil Rule 101.1(d), I will continue to strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trials, or any other

proceedings.

8.      Pursuant to the rules of this Court, it is respectfully requested that this Court approve the admissions *pro hac vice* of Messers. King, George, Howe, and Ms. Clarissa R. Olivares to serve as counsel on behalf of Plaintiff for the reasons set forth in their Certifications.

9.      I have read and am familiar with the Local Rules of this District and the Federal Rules of Civil Procedure.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 13, 2026                    Respectfully submitted,

                                        **KAPLAN FOX & KILSHEIMER LLP**
                                        *Attorneys for Plaintiff*

                                        */s/ Joel B. Strauss*
                                        Joel B. Strauss

3