## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT SUMRELL, individually and on Behalf of All Others Similarly Situated, | Case No. 2:26-cv-8452-BRM AME |
| Plaintiff, | **ORDER FOR ADMISSIONS** *PRO HAC VICE* |
| v. | |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, | |
| Defendant. | |

1

This matter having come before the Court on the motion by Joel B. Strauss of the law firm Kaplan Fox & Kilsheimer LLP, attorney for Plaintiff Robert Sumrell ("Plaintiff") for the *pro hac vice* admissions of attorneys Laurence D. King, Matthew B. George, Clarissa R. Olivares, and Walter B. Howe pursuant to Local Civil Rule 101.1 [D.E. __ ]; and the Court having considered the submissions in support of the motion, which reflect that Messers. King, George, Howe, and Ms. Olivares satisfy the requirements set forth in Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey; and Defendant Jaguar Land Rover North America, LLC having no objection to the admission of these attorneys; and for good cause shown,

IT IS on this _____ day of _____, 2026,

**ORDERED** that the motion for the *pro hac vice* admissions of Laurence D. King, Matthew B. George, Clarissa R. Olivares, and Walter B. Howe [D.E. __ ] is **GRANTED**; and it is further

**ORDERED** that Laurence D. King, a member of good standing of the State Bar of California and the State Bar of New York, and Matthew B. George, Clarissa R. Olivares, and Walter B. Howe, members of good standing of the State Bar of California, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

**ORDERED** that, in connection with these admissions *pro hac vice*, Messers. King, George, Howe, and Ms. Olivares shall comply with the following:

1.  Abide by Local Civil Rule 101.1(c) and all rules of this Court, including all disciplinary rules;

2.  Make all required payments to the New Jersey Lawyers' Fund for Client

Protection (the "Fund") in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), and continue to make payment, or cause payment to be made, for each calendar year in which he/she continues to represent Plaintiffs before this Court; and

3. Pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3), if he/she has not already done so in connection with this action; and it is further

**ORDERED** that movant Joel B. Strauss, or another attorney associated with the Kaplan Fox firm who is admitted to practice law in this District, shall (a) be attorney of record in this case in accordance with Local Civil Rule 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient upon pro hac vice counsel; (c) sign all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings unless expressly excused by the Court; and (e) be responsible for the conduct of the pro hac vice counsel in this matter; and it is further

**ORDERED** that Messers. King, George, Howe, and Ms. Olivares may file a request with the Clerk of the Court, using the form made available on the District Court's website, for *pro hac vice* counsel to receive electronic notifications in this matter; and it is further

**ORDERED** a copy of this Order shall be served on all parties within seven (7) days of the date hereof.

_____
ANDRÉ M. ESPINOSA
United States Magistrate Judge

3