**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
Email: *jstrauss@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Telephone: 973-656-0222
Facsimile: 973-401-1114
Email: *wpinilis@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (*pro hac vice* forthcoming)
Matthew B. George (*pro hac vice* forthcoming)
Clarissa R. Olivares (*pro hac vice* forthcoming)
Walter B. Howe (*pro hac vice* forthcoming)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: *lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*colivares@kaplanfox.com*
*whowe@kaplanfox.com*

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROBERT SUMRELL, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>Defendant. | Case No. 2:26-cv-8452-BRM-AME<br><br>**CERTIFICATON OF LAURENCE D. KING IN SUPPORT OF ADMISSION TO PRACTICE *PRO HAC VICE*** |

I, LAURENCE D. KING, hereby certify as follows:

1. I am a partner at Kaplan Fox & Kilsheimer LLP, 1999 Harrison Street, Suite 1501, Oakland, California 94612. I make this Certification in support of the motion submitted by Kaplan Fox & Kilsheimer LLP, pursuant to Local Civil Rule 101.1, for an Order admitting me to appear *pro hac vice* before this Court for the purpose of acting as counsel for Plaintiff Robert Sumrell ("Plaintiff") in this action.

2. I am and have been a member in good standing of the State Bar of California since April 20, 2000, and the State Bar of New York since May 2, 1989. The name and address of the office maintaining the roll of members of the California State Bar is the Clerk of the Supreme Court of California, 350 McAllister Street, Room 1295, San Francisco, California 94102. The name and address of the office maintaining the roll of members of the New York State Bar is the New York State Unified Court System, Office of the Court Administration, Attorney Registration Unit, 25 Beaver Street, Room 840, New York, New York, 10004.

3. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

4. I am associated in this matter with Joel B. Strauss, Esq., and William J. Pinilis, Esq., of the law firm Kaplan Fox & Kilsheimer LLP, who act as New Jersey counsel and counsel of record for Plaintiff, and who will receive all notices, orders, and pleadings, file all papers, enter appearances for parties, sign stipulations, and sign and receive payments on judgments, decrees, or orders, and who will otherwise ensure compliance with the requirements of Local Civil Rule 101.1.

5. I understand that if I am admitted *pro hac vice* I will be subject to the disciplinary jurisdiction of this Court, and I agree to abide by the General and Admiralty Rules

of the United States District Court for the District of New Jersey.

6. I further agree to make payment of $250.00 to the Clerk of the United States District Court, in accordance with the Local Civil Rule 101.1(c)(3); to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees; to arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, in accordance with New Jersey Rule 1:28-29(a) for each calendar year in which this case is pending; to notify this Court promptly of the institution of any disciplinary proceedings against me in any jurisdiction; and to otherwise comply with the requirements of Local Civil Rule 101.1(c).

7. As required by Local Civil Rule 101.1(d), I will strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trials, or any other proceedings.

I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 26, 2026

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**
*Attorneys for Plaintiff*

Laurence D. King